DIXON, ADMR., APPELLANT, *v.* GENERAL MOTORS CORPORATION, APPELLEE.

[Cite as *Dixon v. Gen. Motors Corp.* (1995), 74 Ohio St.3d 1211.]

(No. 94–1557—Submitted October 25, 1995 at the Van
Wert Session—Decided November 29, 1995.)

---

*Williams, Jilek, Lafferty & Gallagher Co., L.P.A., Robert M. Scott* and *Susan M. Mesner,* for appellant.

*Jones, Day, Reavis & Pogue, James E. Young, Anne Owings Ford* and *Karen Kazel Poulos,* for appellee.

---

The appeal is dismissed, *sua sponte,* as having been improvidently allowed.

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.